11/23/15

# MOTION TO EXTEND FILING FEE

CASE No. 05-15-01381-CV

APPELLATE CASE STYLE

YOLANDA R. FOLKES

VS

PHILLIP R. FOLKES

FILED IN
Court of Appeals

NOV 23 2015

~~Lisa~~ Matz
Clerk, 5th District

APPELLATE : YOLANDA R. FOLKES
DEADLINE FOR FILING FEE : 11/23/15
TRIAL COURT : 380
DATE OF TRIAL COURT JUDGEMENT : 9/29/15
TRIAL COURT CASE # 380-53147-2010

REASONABLE EXPLAINATION :

I YOLANDA R. FOLKES, AM REQUESTING
AN EXTENSION FOR THE FILING FEE
RE: APPELLATE DOCKET NO. 05-15-01381-CV
(5TH COURT OF APPEALS) due TO THE FOLLOWING
REASONS: I AM CURRENTLY UNEMPLOYED;
AM RECEIVING ASSISTANCE FROM THE TEXAS
DEPARTMENT OF HEALTH & HUMAN SERVICES;
AND HAVE TWO CHILDREN @ HOME UNDER
THE AGES OF 17. I WAS DENIED IN
COLLIN COUNTY DUE TO THE FACT THAT
I HAVE ONLY BEEN UNEMPLOYED FOR 30 DAYS.
I HAVE NOT RECEIVED UNEMPLOYMENT BENEFITS
YET.

Y. Renea Folkes